## Second Department, January, 1971

### (January 18, 1971)

Gene Ballin, Appellant, v. Edward P. Larkin et al., Copartners Doing Business under the Name of Great Neck Associates, Respondents, et al., Defendants.—

Rabin, P. J., Hopkins, Munder, Martuscello and Latham, JJ., concur.